UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL JOHNSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| PETER W. CHATFIELD, ESQ. and ) | |
| PHILLIPS & COHEN, LLP, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(b) and 1446, defendants Peter W. Chatfield and Phillips & Cohen, LLP hereby remove an action filed in Massachusetts state court to the United States District Court for the District of Massachusetts. In support of removal, defendants state as follows:

1. On or about April 23, 2008, plaintiff Daniel Johnston ("Johnston") filed an original Complaint and Jury Demand (the "Complaint") in the Superior Court in Middlesex County, Massachusetts entitled <u>Daniel Johnston v. Peter W. Chatfield, Esq. and Phillips & Cohen, LLP</u>, Civil Action No. MICV2008-01623-F (the "State Court Action"). Defendants now seek to remove the State Court Action from the Middlesex Superior Court to the United States District Court for the District of Massachusetts.

2. Defendants received a copy of the Complaint by certified mail on or about June 24, 2008 from Johnston's counsel. A true copy of Johnston's counsel's two cover letters dated June 18, 2008 are attached as Exhibit A. Although counsel's cover letters indicate that a Summons was enclosed, no Summons was enclosed and defendants have not yet received service

of a Summons in the State Court Action. Defendants are, therefore, filing this Notice of Removal within the 30-day time limit imposed by 28 U.S.C. § 1446(b).

3.  The Complaint alleges one count of negligence and one count of breach of contract. True and correct copies of the Complaint, Civil Action Cover Sheet and Tracking Order, which constitute all process, pleadings and orders served upon the defendants in the State Court Action, are attached hereto as Exhibit B as required by 28 U.S.C. § 1446(a). With this filing, defendants are also filing certified copies of all records and proceedings in the State Court Action, including a certified copy of the docket, as required by Local Rule 81.1.

4.  On information and belief, Johnston is a resident of Woburn, Massachusetts. See Complaint ¶ 2.

5.  Defendant Peter W. Chatfield is an attorney residing in Kensington, Montgomery County, Maryland.

6.  Defendant Phillips & Cohen, LLP is a law firm with a principal place of business in the District of Columbia.

7.  Johnston has claimed damages in the amount of $10,000,000. See Civil Action Cover Sheet.

8.  This Court has original diversity jurisdiction over this action under 28 U.S.C. § 1332(a)(1). Removal of the State Court Action to this Court is proper under 28 U.S.C. § 1441(a) and (b) because there is complete diversity between the parties inasmuch as neither defendant is a citizen of Massachusetts, and the amount in controversy is alleged by the plaintiff to exceed $75,000, exclusive of interest and costs.

9.  The United States District Court for the District of Massachusetts, Eastern Division, is the district court and division embracing the place within which the State Court

Action is pending. Accordingly, this is the proper court and division to which this case should be removed. 28 U.S.C. § 1446(a).

10.  Written notification of the filing of this Notice, together with a copy of the Notice, is being provided to plaintiff's counsel of record and will be promptly filed with the Clerk of the Superior Court in Middlesex County, Massachusetts.

For these reasons, defendants hereby remove to this Court the civil action pending in Middlesex Superior Court entitled <u>Daniel Johnston v. Peter W. Chatfield, Esq. and Phillips & Cohen, LLP</u>, Civil Action No. MICV2008-01623-F.

> PETER W. CHATFIELD and
> PHILLIPS & COHEN, LLP
> By their attorneys,
>
> */s/ Peter B. Krupp/*
>
> Peter B. Krupp, B.B.O. #548112
> Karen E. Friedman, B.B.O #548943
> Lurie & Krupp, LLP
> One McKinley Square
> Boston, MA 02109
> Tel: 617-367-1970

## CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that a copy of this document has been served on plaintiff's counsel Clyde D. Bergstresser, Campbell Campbell Edwards & Conroy, P.C., One Constitution Plaza, Boston, MA 02129, by first-class mail on July 17, 2008.

*/s/ Peter B. Krupp/*

Peter B. Krupp