

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241-3000
FAX: (617) 241-5115

**Clyde D. Bergstresser**
Direct Dial: (617) 241-3087

June 18, 2008

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Peter W. Chatfield, Esq.
Phillips & Cohen, LLP
2000 Massachusetts Ave., NW
Suite 100
Washington, DC 20036

    Re:   Johnston v. Chatfield, et al.
           Middlesex Superior Court C.A. No. 08-01623

Dear Mr. Chatfield:

    Enclosed with regard to the above matter, please find the following as service upon you individually:

1. Summons
2. Complaint and Civil Action Cover Sheet;
3. Tracking Order;
4. Plaintiff's First Set of Interrogatories to Defendant Peter W. Chatfield, Esq;
5. Plaintiff's First Set of Requests for Production of Documents and Tangible Things to Defendants; and
6. Notice of Deposition.

Thank you for your attention to this matter.

                        Very truly yours,

                        CDB.

                        Clyde D. Bergstresser

CDB/bko
Enclosures
8401-1

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241-3000
FAX: (617) 241-5115



Clyde D. Bergstresser
Direct Dial: (617) 241-3087

June 18, 2008

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Peter W. Chatfield, Esq.
Phillips & Cohen, LLP
2000 Massachusetts Ave., NW
Suite 100
Washington, DC 20036

    Re:    Johnston v. Chatfield, et al.
             Middlesex Superior Court C.A. No. 08-01623

Dear Mr. Chatfield:

Enclosed with regard to the above matter, please find the following as service upon Phillips & Cohen, LLP:

1. Summons
2. Complaint and Civil Action Cover Sheet;
3. Tracking Order;
4. Plaintiff's First Set of Interrogatories to Defendants Phillips & Cohen, LLP; and
5. Plaintiff's First Set of Requests for Production of Documents and Tangible Things to Defendants.

Thank you for your attention to this matter.

                        Very truly yours,

                        CDB.

                        Clyde D. Bergstresser

CDB/bko
Enclosures
8401-1



COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                    SUPERIOR COURT
                                                  C.A. NO.

_____
                                )
DANIEL JOHNSTON,                )
                                )
                Plaintiff,      )
                                )
v.                              )    **COMPLAINT AND JURY**
                                )         **DEMAND**
                                )
PETER W. CHATFIELD, ESQ.        )
PHILLIPS & COHEN, LLP,          )
                                )
                Defendants      )
_____)

## INTRODUCTION

1.    This is an action brought by Daniel Johnston for damages resulting from legal malpractice and breach of contract committed by the defendants Peter W. Chatfield, Esq. and other employees at Phillips & Cohen, LLP. This is also claim against Phillips & Cohen, LLP for negligence and breach of contract and because it is responsible for the conduct of Peter W. Chatfield, Esq. and other firm employees under the doctrine of *respondeat superior* and related principles of law.

## PARTIES

2.    Plaintiff, Daniel Johnston is an individual who presently resides in Woburn, Middlesex County, Massachusetts, and at all relevant times lived in the Commonwealth of Massachusetts.

3.    Defendant, Peter W. Chatfield, Esq. is an attorney with the law firm of Phillips & Cohen, LLP, a Limited Liability Partnership with offices at 2000 Massachusetts Ave., NW, Suite

100, Washington D.C. and 131 Steuart St., Suite 501, San Francisco, California. His residential address is currently unknown.

4. Defendant, Phillips & Cohen, LLP, is a Limited Liability Partnership with offices at 2000 Massachusetts Ave., NW, Suite 100, Washington D.C. and 131 Steuart St., Suite 501, San Francisco, California.

5. Jurisdiction is proper in accordance with M.G.L. Ch. 223A, §1 *et seq.* as the defendants transacted business within the Commonwealth, contracted to supply services in Massachusetts, caused tortious injury by acts or omissions in the Commonwealth as well as other bases of jurisdiction.

6. Venue is proper and in accordance with M.G.L. Ch. 223, §1 *et seq.* as the plaintiff resides within Middlesex County.

7. Beginning during the year 2000 and continuing thereafter through on or about September of 2006, Peter W. Chatfield, Esq. and law firm of Phillips & Cohen, LLP undertook the duty to provide legal advice, representation and counsel to Daniel Johnston.

8. On July 26, 2000, Peter Chatfield, Esq., Phillips & Cohen, LLP, and Daniel Johnston executed a Retainer Agreement wherein Peter Chatfield and Phillips & Cohen, LLP agreed among other obligations, duties and responsibilities, to represent Daniel Johnston and to pursue claims under one or more False Claims Acts for Daniel Johnston as a *qui tam* relator.

9. Peter Chatfield met with the plaintiff in Massachusetts. The plaintiff signed the agreement in Massachusetts and the claims the defendants agreed to pursue arose from conduct in Massachusetts.

10. The Retainer Agreement was drafted by law firm of Phillips & Cohen, LLP.

## Commonwealth of Massachusetts
### County of Middlesex
### The Superior Court

CIVIL DOCKET # MICV2008-01623-F
Courtroom Civil F - Ct Rm 510- 200 TradeCenter, Woburn

RE: **Johnston v Chatfield,ESQ. et al**

TO: Clyde D Bergstresser, Esquire
Campbell Campbell Edwards & Conroy
One Constitution Plaza
3rd Floor
Boston, MA 02129

RECEIVED APR 29 2008 By_____

### SCHEDULING ORDER FOR A TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated, and case shall be resolved and judgment shall issue by **04/08/2011**

| STAGES OF LITIGATION | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | 07/22/2008 | 07/22/2008 | |
| Response to the complaint filed (also see MRCP 12) | | 08/21/2008 | |
| All motions under MRCP 12, 19, and 20 | 08/21/2008 | 09/20/2008 | 10/20/2008 |
| All motions under MRCP 15 | 06/17/2009 | 07/17/2009 | 07/17/2009 |
| All discovery requests and depositions served and non-expert depositions completed | 04/13/2010 | | |
| All motions under MRCP 56 | 05/13/2010 | 06/12/2010 | |
| Final pre-trial conference held and/or firm trial date set | | | 10/10/2010 |
| Case shall be resolved and judgment shall issue by 04/08/2011 | | | 04/08/2011 |

- The final pre-trial deadline is <u>not the scheduled date of the conference</u>.
- **You will be notified of that date at a later time.**
- **Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

Dated: 04/24/2008

Telephone: 781-939-2769

Michael A. Sullivan
Clerk of the Court