UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL JOHNSTON,<br><br>        Plaintiff,<br><br>    v.<br><br>PETER W. CHATFIELD, ESQ., and<br>PHILLIPS & COHEN, LLP,<br><br>        Defendants. | Civil Action. No. 08-11219-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Daniel Johnston and defendants Peter W. Chatfield and Phillips & Cohen, LLP hereby stipulate to the dismissal of this case with prejudice, with all rights of appeal waived, and with each party bearing his or its own costs and fees incurred in this action.

| | |
|---|---|
| DANIEL JOHNSTON<br>By his attorneys,<br><br>/ S /  Clyde D. Bergstresser<br><br>Clyde D. Bergstresser, B.B.O. # 039200<br>Russell X. Pollock, B.B.O. # 564883<br>Campbell Campbell Edwards & Conroy, PC<br>One Constitution Plaza, 3d Floor<br>Boston, MA  02129<br>Tel: 617-241-3000 | PETER W. CHATFIELD and<br>PHILLIPS & COHEN, LLP<br>By their attorneys,<br><br>/ S /  Peter B. Krupp<br><br>Peter B. Krupp, B.B.O. # 548112<br>Lurie & Krupp, LLP<br>One McKinley Square<br>Boston, MA  02109<br>Tel: 617-367-1970 |

DATED:  June 1, 2009

## CERTIFICATE OF SERVICE

  I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on June 1, 2009.

           / S /  Peter B. Krupp

           Peter B. Krupp